IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL KEY, JR., ) | |
| ) Petitioner, ) | No. C 06-4199 CRB (PR) |
| ) vs. ) | ORDER GRANTING FURTHER STAY OF PROCEEDINGS |
| C. CRONES, Warden, ) | |
| ) Respondent. ) | (Doc # 6) |

Per order filed on December 4, 2006, the court granted petitioner's request for a stay of these habeas proceedings to permit him to exhaust additional claims in the Supreme Court of California. The court advised him that within 30 days of his exhausting the claims in the state high court, he must move to reopen the case, lift the court's stay and amend the stayed petition to add the newly-exhausted claims.

Petitioner reports that the Supreme Court of California denied his claims on April 11, 2007; however, he seeks a further stay on the grounds that he filed a second petition in the Supreme Court of California raising two additional claims. Good cause appearing, petitioner's motion (doc # 6) for a further stay is GRANTED. See Rhines v. Webber, 125 S. Ct. 1528, 1535 (2005) (district court has authority to stay habeas petition where there was good cause for petitioner's failure to exhaust claim in state court and the claim is potentially meritorious). The court will grant no further stays, however.

1   Nothing further will take place in this administratively closed matter until
2   petitioner exhausts the two new claims in the Supreme Court of California, and,
3   within 30 days thereafter, moves to reopen the case, lift the court's stay and
4   amend the stayed petition to add the newly-exhausted claims.
5   SO ORDERED.
6   DATED: May 16, 2007
    CHARLES R. BREYER
7   United States District Judge

2