IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL KEY, JR., )
        Petitioner, )   No. C 06-4199 CRB (PR)
  vs. )   ORDER
JAMES WALKER, Warden, )   (Docket # 28 & 29)
        Respondent. )
)

       Per order filed on December 15, 2009, the court granted petitioner's motion for an extension of time to file a notice of appeal and an application for a certificate of appealability (COA). On January 14, 2010, petitioner filed a timely notice of appeal (docket #28 at 8) and, on January 28, 2010, he filed a timely application for a COA.

       Petitioner's application for a COA (docket #29) is DENIED because petitioner has not made "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Petitioner has not demonstrated that "reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." Slack v. McDaniel, 529 U.S. 473, 484 (2000).

       The clerk shall terminate all pending motions as moot (see docket #28) and forward to the court of appeals the case file with this order. See United States v. Asrar, 116 F.3d 1268, 1270 (9th Cir. 1997).

       SO ORDERED.

       DATED: April 6, 2010

                                             CHARLES R. BREYER
                                             United States District Judge

G:\PRO-SE\CRB\HC.06\Key1.coa.wpd